No. 43896.—Protest 983796–G of Prodex Lit Corp.   (New York).

Opinion by CLINE, J.   The record showed that the sausage casings were tied in unwrapped bundles having tags attached bearing the word "Lithuania," and that the bundles were imported in barrels.   The record does not show whether the tags were attached to the sausage casings or to the cord by which the bundles were tied together.   On the authority of *United States* v. *Monteverde* (26 C. C. P. A. 112, C. A. D. 2) the protest was overruled.   Abstract 37822 distinguished.